■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINA JONES, Appellant. [655 NYS2d 332] —Judgment, Supreme Court, New York County (Alfred Kleiman, J.), rendered November 18, 1994, convicting defendant, after a jury trial, of grand larceny in the fourth degree, and sentencing her, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The court properly exercised its discretion in balancing the probative nature of defendant's prior convictions against the possibility of undue prejudice (*People v Bennette*, 56 NY2d 142). Defendant cannot insulate herself against inquiry simply because she has specialized in crimes similar to the one charged (*see, People v Pavao*, 59 NY2d 282, 292). Concur—Milonas, J. P., Ellerin, Nardelli and Tom, JJ.